1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11   ROMEX TEXTILES, INC., a
California corporation,

12                     Plaintiff,

13              vs.

14   LONGWELL TEXTILES LTD, an entity
of unknown form; DOES 1-10, inclusive,
15

16                     Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

No. 2:21-cv-06924 JAK (RAOx)

**FINAL JUDGMENT**

**JS-6**

The Court, having considered the Motion for Entry of Default Judgment Against Defendant filed by Plaintiff Romex Textiles, Inc. ("Romex") and for good cause appearing, hereby ORDERS, ADJUDGES, AND DECREES:

1.      Final judgment is entered in favor of Romex and against Defendant Longwell Textiles LTD ("Longwell") on Romex's claims for copyright infringement and Romex's breach of contract claim related to Purchase Contract No. RMD33196-S1 as alleged in the Complaint filed in this action[1];

2.      Longwell, within thirty (30) days of this judgment, shall pay to Romex the total sum of **$425,826.00**, which represents:

   a. $350,000 in statutory damages on Romex's copyright infringement claims;

   b. $65,226.00 in compensatory damages on Romex's breach of contract claim related to Purchase Contract No. RMD33196-S1;

   c. $10,600.00 in attorney's fees calculated pursuant to Local Rule 55-3.

**IT IS SO ORDERED.**

Dated: July 10, 2023

_____
John A. Kronstadt
United States District Judge

---

[1] Concurrently with the entry of this Judgment, Romex's breach of contract claim related to Purchase Contract Nos. RMD33193-S1; RMD33194-S1-J; RMD33195-S1; RMD33199-S1-J, RMD33197-S1-J and RMD33198-S1-J will be dismissed with prejudice.